# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY McLAUGHLIN and LUANN McLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant. | *Document filed electronically*<br><br>Civil Action No. 2:10-cv-01124-GLL<br><br>**STIPULATION FOR EXTENSION OF TIME** |

Plaintiffs, Timothy McLaughlin and LuAnn McLaughlin, and Defendant, CitiMortgage, Inc. ("CitiMortgage"), hereby stipulate that the time within which CitiMortgage shall answer, respond or otherwise move with respect to the Second Amended Complaint shall be extended to December 7, 2010.

| | |
|---|---|
| Strassburger McKenna Gutnick & Gefsky<br>Counsel for Plaintiffs | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Counsel for Defendant |
| /S/ MATTHEW C. COLLINS<br>MATTHEW C. COLLINS | /S/ MATTHEW A. LIPMAN<br>MATTHEW A. LIPMAN |
| Pa I.D. 84776<br>mcollins@smgglaw.com | Pa I.D. 86892<br>mlipman@mdmc-law.com |
| Four Gateway Center, Suite 2200<br>444 Liberty Avenue<br>Pittsburgh, PA 15222<br>Telephone: (412) 281-5423<br>Facsimile: (412) 281-8264 | 1 Penn Cntr. - Suburban Station<br>1617 JFK Blvd., Suite 1500<br>Philadelphia, PA 19103-1815<br>Telephone: (215) 557-2900<br>Facsimile: (215) 557-2990 |

Dated: November 30, 2010

SO ORDERED, this 30th day of November, 2010.

_____, C.J.