McElroy, Deutsch, Mulvaney & Carpenter, LLP
1 Penn Ctr. – Suburban Station
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815
Telephone: (215) 557-2900
Facsimile: (215) 557-2990
Attorneys for Defendant, CitiMortgage, Inc.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY McLAUGHLIN and LUANN McLAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIMORTGAGE, INC., <br><br> Defendant. | Civil Action No. 2:10-cv-01124-GLL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The undersigned attorneys for plaintiffs, Timothy McLaughlin and Luann McLaughlin, and defendant, CitiMortgage, Inc., hereby agree and stipulate that the civil action be and the same hereby is dismissed with prejudice, without costs, and with each party bearing their own attorney's fees.

| **STRASSBURGER MCKENNA GUTNICK & GEFSKY** <br> Attorneys for Plaintiffs | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br> Attorneys for Defendant |
|---|---|
| By: /s/ Matthew C. Collins <br> MATTHEW C. COLLINS, ESQ. <br> Pa. I.D. 84776 <br> mcollins@smgglaw.com | By: /s/ Matthew A. Lipman <br> MATTHEW A. LIPMAN, ESQ. <br> Pa. I.D. 86892 <br> mlipman@mdmc-law.com |
| Dated: February 15, 2012 | Dated: February 15, 2012 |

So ordered:

_____
Gary L. Lancaster, C.J.
Chief United States District Judge

Dated: February 15, 2012